Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phxfreshstart.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LAWRENCE EDWARD RASNAKE AND<br>CHRISTOPHER JOHN DOBBS<br><br>Debtor. | In Proceedings Under Chapter 13<br><br>Case No.: 2:20-bk-09125-MCW<br><br>**OBJECTION TO PROPOSED DISMISSAL ORDER** |

**Comes now** the above-named Debtor by and through counsel of record and hereby objects to the Chapter 13 Trustee's proposed Dismissal Order lodged December 22, 2020, and docketed at docket no. 31 in the above-captioned Chapter 13 proceeding and moves this Court to deny the Chapter 13 Trustee's Proposed Dismissal Order. Debtor represents the following in support of her motion:

1. The Trustee's Recommendation calls for conduit payments due to a proof of claim correctly reflecting mortgage arrears;
2. Debtors have been in a mortgage forbearance agreement which was entered into pre-petition and expires in January and their lender has assured them that their mortgage arrears both pre-petition and post-petition will be added to the back end of their mortgage.
3. Debtors would greatly prefer to pay off their mortgage arrears at the end of the loan rather than take on a conduit plan payment that would be greater than what they can afford.
4. Once the mortgage issue is resolved with certainty in January, 2021, debtors will be in a position to either file a conduit plan or simply submit a proposed stipulated order confirming plan.

**PRAYER FOR RELIEF**

WHEREFORE, Debtor prays that the Court deny the Chapter 13 Trustee's Proposed Dismissal Order.

DATED this 30th day of December, 2020.

    Respectfully,

Phoenix Fresh Start Bankruptcy
 /s/ Tom McAvity
Tom Mcavity
Attorney for Debtors

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on 12/30/20 the foregoing was served on the following via electronic filing notice.

United States Trustee
*Via NEF/ECF*

Chapter 13 Trustee
*Via NEF/ECF*

Phoenix Fresh Start Bankruptcy
 /s/ Tom McAvity
Tom McAvity
Attorney for Debtors