John D. Yohe, Esq. SBN 021636
Ilene Dell'Acqua, Esq. SBN 036596
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for Bank of America,N.A.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:20-bk-09125-MCW |
| | ) |
| Lawrence Edward Rasnake and Christopher John Dobbs, | ) Chapter 13 |
| | ) |
| Debtors. | ) **MOTION TO APPROVE LOAN MODIFICATION AGREEMENT** |
| | ) |
| Bank of America,N.A., | ) |
| | ) |
| Movant, | ) Re: Real Property Located at |
| | ) 1301 E Coolidge St |
| v. | ) Phoenix, AZ 85014 |
| | ) |
| Lawrence Edward Rasnake and Christopher John Dobbs, Debtors; and Edward J. Maney, Chapter 13 Trustee, | ) |
| | ) |
| Respondents. | ) |

Bank of America, N.A. ("Movant"), by and through its undersigned attorney, moves this Court for an Order approving the Loan Modification Agreement offered to Lawrence Edward Rasnake and Christopher John Dobbs ("Debtors"). The Loan Modification Agreement, attached hereto as **Exhibit "1"**, amends and supplements the Promissory Note that is secured by the Deed of Trust (collectively the "Loan") that encumbers real property commonly known as 1301 E Coolidge St, Phoenix, AZ 85014. The Property is the Debtors' primary residence. Movant's Lien is in Senior position.

The Loan Modification provides for a capitalization of arrears into a modified principal balance, reduction in principal, extended loan term. Loan Modification Agreement should be referenced for controlling terms and is summarized as follows:

|  | **ORIGINAL LOAN TERMS** | **NEW LOAN TERMS** |
|---|---|---|
| Principal Balance | $146,600.00 | $92,131.49 |
| Maturity Date | 07/01/2028 | 07/01/2061 |
| Interest Rate | 3.250% | 3.250% |
| Payment Start Date | 08/01/2013 | 08/01/2021 |
| Principal & Interest | $1,030.11 | $343.23 |
| Total Payment (with Escrow) | $1,357.60 | $686.75 |

**PAYMENT SCHEDULE**

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest | Estimated Monthly Escrow Amount | Total Monthly Payment | Payment Begins On |
|---|---|---|---|---|---|---|
| 1-40 | 3.250% | N/A | $343.23 | $343.52 | $686.75 | 08/01/2021 |

*\*Payment amount subject to periodic adjustment.*

Movant believes and therefore alleges that the Loan Modification will not impose a detriment upon the Debtors' bankruptcy estate and that it is in the best interest of the Debtors and Movant.

**WHEREFORE**, Movant request as follows:

2

File No. AZ-20-163017  
Re: 1301 E Coolidge St

Case No. 2:20-bk-09125-MCW  
Motion to Approve Loan Modification

Case 2:20-bk-09125-MCW    Doc 38    Filed 08/11/21    Entered 08/11/21 13:24:23    Desc
Main Document    Page 2 of 5

1. For an Order approving the Loan Modification Agreement that was offered to the Debtors by the Movant;

2. That Movant retains the right of final approval of the terms of Debtors' Loan Modification Agreement;

3. That Movant retains the right to reinstate the original terms of the Promissory Note and/or Deed of Trust in the event that the Loan Modification Agreement is not finalized;

4. That Movant may record the Loan Modification Agreement with the proper County Recorder;

5. For such other relief as the Court deems proper.

DATED: 8/11/2021

Respectfully submitted,

**McCARTHY & HOLTHUS, LLP**

By: */s/ John D. Yohe*
John D. Yohe, Esq.
*Attorneys for Movant*

3

File No. AZ-20-163017
Re: 1301 E Coolidge St

Case No. 2:20-bk-09125-MCW
Motion to Approve Loan Modification

Case 2:20-bk-09125-MCW    Doc 38    Filed 08/11/21    Entered 08/11/21 13:24:23    Desc
Main Document    Page 3 of 5

On 8/11/2021, I served the foregoing **MOTION TO APPROVE LOAN MODIFICATION AGREEMENT** on the following individuals by electronic means through the Court's ECF program:

DEBTORS' COUNSEL
Thomas Adams Mcavity
documents@phxfreshstart.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Brenda Blanco-Ortiz
Brenda Blanco-Ortiz

On 8/11/2021, I served the foregoing **MOTION TO APPROVE LOAN MODIFICATION AGREEMENT** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Lawrence Edward Rasnake, 1301 E. Coolidge Street, Phoenix, AZ 85014

Christopher John Dobbs, 1301 E. Coolidge Street, Phoenix, AZ 85014

DEBTORS' COUNSEL
Thomas Adams Mcavity, Phoenix Fresh Start Bankruptcy Attorneys, 4131 Main Street, Skokie, IL 60076

TRUSTEE
Edward J. Maney, 101 N. First Ave., Suite 1775, Phoenix, AZ 85003

U.S. TRUSTEE
230 North First Avenue, Suite 204, Phoenix, AZ 85003-1706

SPECIAL NOTICE(S)
Tiffany & Bosco, 2525 E. Camelback Rd., Phoenix, AZ 85016

Synchrony Bank, Attn: Managing Agent, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Hue Banh
Hue Banh

4

File No. AZ-20-163017
Re: 1301 E Coolidge St

Case No. 2:20-bk-09125-MCW
Motion to Approve Loan Modification

Case 2:20-bk-09125-MCW   Doc 38   Filed 08/11/21   Entered 08/11/21 13:24:23   Desc
Main Document    Page 4 of 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

5

File No. AZ-20-163017  
Re: 1301 E Coolidge St

Case No. 2:20-bk-09125-MCW  
Motion to Approve Loan Modification

Case 2:20-bk-09125-MCW    Doc 38    Filed 08/11/21    Entered 08/11/21 13:24:23    Desc
Main Document      Page 5 of 5