Michael Chen, Esq. SBN 17967
John D. Yohe, Esq. SBN 021636
Deborah Boyd, Esq. SBN 034164
Ilene Dell'Acqua, Esq. SBN 036596
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for Bank of America, N.A.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

### PHOENIX DIVISION

| | |
|---|---|
| In re: | Case No. 2:20-bk-09125-MCW |
| Lawrence Edward Rasnake and Christopher John Dobbs, | Chapter 13 |
| Debtors. | **NOTICE OF FILING MOTION TO APPROVE LOAN MODIFICATION AGREEMENT** |
| Bank of America, N.A., | |
| Movant, | |
| v. | Re: Real Property Located at<br>1301 E Coolidge St<br>Phoenix, AZ 85014 |
| Lawrence Edward Rasnake and Christopher John Dobbs, Debtors; and Edward J. Maney, Chapter 13 Trustee, | |
| Respondents. | |

1

File No. AZ-20-163017
Re: 1301 E Coolidge St

Case No. 2:20-bk-09125-MCW
Notice of Filing Motion to Approve Loan Mod.

Case 2:20-bk-09125-MCW   Doc 39   Filed 08/11/21   Entered 08/11/21 13:27:44   Desc
Main Document   Page 1 of 4

1    **NOTICE IS GIVEN** that the above Movant has filed a *Motion to Approve Loan Modification Agreement* ("Motion"), the details of which are as follows:

Movant has requested the Court approve the loan modification on a lien encumbering real property commonly described as: 1301 E Coolidge St, Phoenix, AZ 85014.

**FURTHER NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rule 9013-1(k), if no written objection is filed with the Court and a copy served on Movant's Counsel whose address is:

>John D. Yohe, Esq.
>**McCARTHY & HOLTHUS, LLP**
>8502 E. Via De Ventura, Suite 200
>Scottsdale, AZ 85258

**WITHIN TWENTY-ONE (21) DAYS** of service of the Motion, Movant's Motion to Approve Loan Modification Agreement may be granted without further hearing. Movant's proposed form of Order is attached hereto.

DATED: 8/11/2021

Respectfully submitted,

**McCARTHY & HOLTHUS, LLP**

By: */s/ John D. Yohe*
John D. Yohe, Esq.
*Attorneys for Movant*

2

File No. AZ-20-163017
Re: 1301 E Coolidge St

Case No. 2:20-bk-09125-MCW
Notice of Filing Motion to Approve Loan Mod.

Case 2:20-bk-09125-MCW    Doc 39    Filed 08/11/21    Entered 08/11/21 13:27:44    Desc
Main Document    Page 2 of 4

On 8/11/2021, I served the foregoing **NOTICE OF FILING MOTION TO APPROVE LOAN MODIFICATION AGREEMENT** on the following individuals by electronic means through the Court's ECF program:

DEBTORS' COUNSEL
Thomas Adams Mcavity
documents@phxfreshstart.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Brenda Blanco-Ortiz
Brenda Blanco-Ortiz

On 8/11/2021, I served the foregoing **NOTICE OF FILING MOTION TO APPROVE LOAN MODIFICATION AGREEMENT** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Lawrence Edward Rasnake, 1301 E. Coolidge Street, Phoenix, AZ 85014

Christopher John Dobbs, 1301 E. Coolidge Street, Phoenix, AZ 85014

DEBTORS' COUNSEL
Thomas Adams Mcavity, Phoenix Fresh Start Bankruptcy Attorneys, 4131 Main Street, Skokie, IL 60076

TRUSTEE
Edward J. Maney, 101 N. First Ave., Suite 1775, Phoenix, AZ 85003

U.S. TRUSTEE
230 North First Avenue, Suite 204, Phoenix, AZ 85003-1706

SPECIAL NOTICE(S)
Tiffany & Bosco, 2525 E. Camelback Rd., Phoenix, AZ 85016

Synchrony Bank, Attn: Managing Agent, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Hue Banh
Hue Banh

3

File No. AZ-20-163017
Re: 1301 E Coolidge St

Case No. 2:20-bk-09125-MCW
Notice of Filing Motion to Approve Loan Mod.

Case 2:20-bk-09125-MCW    Doc 39    Filed 08/11/21    Entered 08/11/21 13:27:44    Desc
Main Document    Page 3 of 4

File No. AZ-20-163017  
Re: 1301 E Coolidge St  

Case No. 2:20-bk-09125-MCW  
Notice of Filing Motion to Approve Loan Mod.