UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Case No. 2:20-bk-09125-MCW |
| | ) |
| Lawrence Edward Rasnake and Christopher John Dobbs, | ) Chapter 13 |
| | ) |
| Debtors. | ) |
| | ) **[PROPOSED] ORDER APPROVING** |
| | ) **LOAN MODIFICATION AGREEMENT** |
| Bank of America, N.A., | ) |
| | ) |
| Movant, | ) Re: Real Property Located at |
| | )     1301 E Coolidge St |
| v. | )     Phoenix, AZ 85014 |
| | ) |
| Lawrence Edward Rasnake and Christopher John Dobbs, Debtors; and Edward J. Maney, Chapter 13 Trustee, | ) |
| | ) |
| Respondents. | ) |

1

Re: 1301 E Coolidge St                                                                                    Case No. 2:20-bk-09125-MCW
                                                                                             *Proposed* Order Approving Loan Modification
Case 2:20-bk-09125-MCW    Doc 39-1    Filed 08/11/21    Entered 08/11/21 13:27:44    Desc
                         Proposed Order    Page 1 of 2

On this day, it came before this Court for consideration, the *Motion to Approve Loan Modification Agreement ("Motion")* filed by Bank of America,N.A. ("Movant"). After appropriate notice and opportunity for a hearing, no party in interest having objected to the Motion, the Loan Modification Agreement or its terms and the Respondents having failed to plead or otherwise defend, and good cause appearing,

**IT IS HEREBY ORDERED** that the *Motion to Approve Loan Modification Agreement* is granted as follows:

1. The Loan Modification Agreement pertaining to the real property commonly known as 1301 E Coolidge St, Phoenix, AZ 85014 is approved and the Debtors may enter into and finalize the Loan Modification Agreement with Movant;

2. Movant shall retain the right of final approval of the terms of Debtors' Loan Modification Agreement;

3. Movant shall retain the right to reinstate the original terms of the Promissory Note and/or Deed of Trust in the event that the Loan Modification Agreement is not finalized.

4. Movant may record the Loan Modification Agreement with the proper County Recorder.

IT IS FURTHER ORDERED that, by granting the Motion, this Court expressly makes no findings, conclusions or rulings regarding the legal validity of the terms of the subject loan modification agreement.

**SIGNED AND DATED ON PAGE ONE**