**Tom McAvity, 034403**
**Phoenix Fresh Start Bankruptcy**
**4602 E Thomas Rd, Ste S-9**
**Phoenix, AZ 85018**
**Phone: 602-598-5075**
**Fax: 866-241-4176**
**Email: tom@phxfreshstart.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter: 13 |
| | Case No. 2:21-bk-05327-EPB |
| LAWRENCE EDWARD RASNAKE AND | |
| CHRISTOPHER JOHN DOBBS | OBJECTION TO PROOF OF CLAIM #13 |
| | AND NOTICE OF BAR DATE |
| Debtor | |

## OBJECTION TO CLAIM AND NOTICE OF BAR DATE

Pursuant to F.R.B.P 3007 and Local Rule 3007-1, the undersigned respectfully objects to Proof of Claim Number 11 filed in the above-entitled case by Bank of America, N.A. on October 16, 2020. The claim now incorrectly reflects an arrearage of $7198.08 that was folded back into the mortgage though a modification with Bank of America earlier this year. Bank of America has filed a motion to approve the modification in the last 30 days but the modification has been operative for months.

Therefore, Debtor, proposes that the portion of Bank of America's claim depicting any mortgage arrearage be disallowed.

FURTHER, NOTICE IS GIVEN pursuant to Local Rule 3007-1, that if no written response to the objection is filed with the court and served on Debtor's attorney, whose address is:

**Tom McAvity**
**Phoenix Fresh Start Bankruptcy**
**4602 E Thomas Rd**
**Phoenix, AZ 85018**

WITHIN 21 DAYS of service of the Objection, the Objection to Proof of Claim may be granted without further notice or hearing.

RESPECTFULLY SUBMITTED this 24th day of August, 2021

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing was submitted on in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 13 Trustee and the ECF registrants appearing in this case.

It was also mailed this 24th day of August, 2021 to:

Edward J. Maney
Chapter 13 Trustee
101 1st Ave #1775,
Phoenix, AZ 85003

Bank of America
POB 31785
Tampa FL 33631-3785

By: /s/Tom McAvity